McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,800.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $8,800.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $2,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $8,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $8,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $4,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $9,000.00 IN U.S. CURRENCY, | 2:18-MC-00127-MCE-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

1

| | |
|---|---|
| 1 | APPROXIMATELY $9,000.00 IN U.S. CURRENCY, |
| 2 | |
| 3 | APPROXIMATELY $9,000.00 IN U.S. CURRENCY, |
| 4 | APPROXIMATELY $9,000.00 IN U.S. CURRENCY, |
| 5 | |
| 6 | APPROXIMATELY $9,000.00 IN U.S. CURRENCY, |
| 7 | APPROXIMATELY $9,000.00 IN U.S. CURRENCY, |
| 8 | |
| 9 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimant Robert Kurtz ("claimant"), by and through their respective counsel, as follows:

1. On or about June 8, 2018, claimant Robert Kurtz filed claims in the administrative forfeiture proceeding with the U.S. Postal Inspection Service ("USPIS") with respect to fifteen amounts of U.S. Currency listed in the above-caption totaling $120,600.00 (hereafter "defendant currency"), which were seized on April 2, 5, 9, and 10, 2018.

2. The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than claimant, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was September 6, 2018.

4. By Stipulation and Order filed September 7, 2018, the parties stipulated to extend to December 5, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

2

5. By Stipulation and Order filed January 2, 2019, the parties stipulated to extend to March 5, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed March 4, 2019, the parties stipulated to extend to May 6, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed May 1, 2019, the parties stipulated to extend to August 5, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed August 7, 2019, the parties stipulated to extend to October 4, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 3, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 3, 2019.

Dated: 9/18/19

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/18/19

/s/ Stephen J. Fisch
ERIC SHEVIN
STEPHEN J. FISCH
Attorneys for potential claimant Robert Kurtz
(Authorized by email)

**IT IS SO ORDERED**.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE